# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT C. TOWNSEND, JR.,
Appellant,
vs.
ALLIED HOME MORTGAGE CAPITAL
CORPORATION; ABN AMRO
MORTGAGE GROUP, INC.; FEDERAL
HOME LOAN MORTGAGE
CORPORATION; CITIMORTGAGE, INC.;
NORTHWEST TRUSTEE SERVICES,
INC.; RCO LEGAL, P.S.; BRETT RYAN;
JOSEPH E. BLEEKER; AUGUSTA
INVESTMENT MANAGEMENT LLC;
HUTCHISON & STEFFEN, LTD.;
RICHARD DOXEY; GLADE L. HALL;
AND MITCHELL SPROCK,
Respondents.

No. 68840

**FILED**

APR 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order granting a writ of restitution. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Having considered the record, we perceive no reversible error in the district court's decision to grant a writ of restitution. We therefore ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

16-10295

cc:    Hon. Elliott A. Sattler, District Judge
Robert C. Townsend, Jr.
Akerman LLP/Las Vegas
RCO Legal, P.S.
Hutchison & Steffen, LLC
Richard G. Hill, Ltd.
Washoe District Court Clerk